DADE COUNTY, a political subdivision of the State of Florida, and CECIL A. TURNER, as County Zoning Director of Dade County, Florida, v. PALGAR HOME BUILDERS, INC., a Florida Corporation; GARRISON HOME BUILDERS, INC., a Florida Corporation; WESLEY E. GARRISON, INC., a Florida Corporation; GEORGE ALEXANDER WILLIAMS; ANNIE THOMAS, a widow; BELLE SALLY; DAN ANDREWS; and MATHIS BLUE.

27 So. (2nd) 616                           June Term, 1946
October 22, 1946                              Division B

*Hudson & Cason* and *Rudolph Isom,* for appellants.

*E. F. P. Brigham,* for appellees.

PER CURIAM:

Affirmed on the authority of State v. Wilson, 157 Fla. 342, 25 So. (2nd) 860; Ready v. Safe Way Rock Company, 157 Fla. 27, 24 So. (2nd) 808; Realty Bond & Share Co. v. Engle, 104 Fla. 329, 143 So. 152, headnote 3, and County of Pinellas v. City of St. Petersburg, 116 Fla. 582, 156 So.523 headnote 3.

Affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.